UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Helen Allen
                     Plaintiff,

v.                                            Case No.: 1:21−cv−00962
                                                  Honorable Mary M. Rowland

Ford Motor Company
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 1, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed the joint status report regarding settlement discussions. Parties' request a further stay of this action in order to schedule settlement conference is granted. Parties shall file a status report updating the court on the status of settlement discussions on or before 9/30/21. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.