# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Helen Allen

                Plaintiff,

v.                                            Case No.: 1:21–cv–00962
                                            Honorable Mary M. Rowland

Ford Motor Company

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 30, 2021:

      MINUTE entry before the Honorable Jeffrey Cummings: Remote video settlement conference held on 8/320/21. The parties were unable to reach an agreement to settle this case. All matters related to this referral having been concluded, the referral is closed and the case is returned to the assigned District Judge. Magistrate Judge Cummings no longer assigned to the case. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.