Helen Allen-Amos (Pro Se)
28 Township Rd 1370
Proctorville, Ohio 45669
(740)451-1208
Wintresssssa@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| HELEN ALLEN, PRO SE | Case No.: 1:21-cv-00962 |
|---|---|
| vs. | HONORABLE MARY M. ROWLAND |
| FORD MOTOR COMPANY | |

Motion for miscellaneous relief for 1:14-cv-08708

I am requesting that I have access to sealed transcripts from a status update held February 2, 2012, Judge Pacold and follow up with the magistrate meeting held on February 16, Judge Cummings proceedings. I spoke with Judge Cummings, he has agreed to give me access to his transcripts.  I need access to these transcripts to prepare my case.  I have consulted defendants counsel and they have no resistance with me having access to the transcripts.  I have been instructed that I must get the clearance from the judge who oversees my current case.

I am/was represented by an attorney through the SAP program just for settlement purposes only.  She will be removed since I was not awarded a settlement.

        Dated this 31, August, 2021

_____
Helen Allen

HONORABLE MARY M. ROWLAND - 1