# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Helen Allen

Plaintiff,

v.

Case No.: 1:21−cv−00962
Honorable Mary M. Rowland

Ford Motor Company

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 1, 2021:

MINUTE entry before the Honorable Mary M. Rowland: In light of Judge Cummings' order [16], the court sets a telephonic status hearing for 9/30/21 at 9:30am. Parties shall call 866−434−5269 and the access code is 3751971. The deadline of 9/30/21 for parties to file a status report on settlement discussions [14] is stricken. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.