# EXHIBIT #2

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Helen Allen, et al.

                      Plaintiff,

v.

Ford Motor Company

                      Defendant.

Case No.: 1:14-cv-08708
Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 16, 2021:

      MINUTE entry before the Honorable Jeffrey Cummings: Telephonic status conference held regarding settlement at the parties' request. In advance of the conference, on the morning of 2/16/21, Ms. Allen who is proceeding without counsel submitted an e-mail to lead plaintiffs' counsel, defense counsel, her former Settlement Assistance Program counsel, and the Court regarding her concerns related to settlement proceedings. As stated on the record, all parties are advised that if they intend to seek relief on any of the issues raised in Ms. Allen's e-mail or discussed at the telephone status conference, they may file an appropriate motion with either Judge Pacold, the newly assigned District Court Judge on Ms. Allen's recently severed case, or any other appropriate court or entity. For the reasons stated on the record, the transcript of this telephonic hearing will remain under seal. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Christie Van, et al. | ) | |
| | ) | Case No: 14 C 8708 |
| | ) | |
| v. | ) | Judge: Martha M. Pacold |
| | ) | |
| Ford Motor Company | ) | |

## ORDER

Rebecca K. McMahon's motion for leave to withdraw her appearance as settlement assistance program counsel on behalf of plaintiff Helen Allen [572] is granted. Caitlin M. McNulty's motion for leave to withdraw her appearance as settlement assistance program counsel on behalf of plaintiff Orissa Henry [576] is granted. The Clerk of Court is directed to add Orissa Henry's address, phone number, and email address to the docket (See Dkt. Nos. [576], [577]). Plaintiffs Allen and Henry acknowledge on the record that they have exhausted settlement negotiations and seek severance of their claims. Plaintiffs Allen and Henry's requests for severance are granted without objection. Plaintiffs Allen and Henry are severed from this lawsuit. The Clerk of Court is directed to open separate lawsuits for plaintiffs Helen Allen and Orissa Henry, assign new case numbers, and assign the cases randomly pursuant to established procedures. The filing fees shall be waived.

Date: February 9, 2021                    /s/ Martha M. Pacold