**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| HELEN ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 21-cv-00962 |
| v. | ) |
| | ) The Honorable Judge Mary Rowland |
| FORD MOTOR COMPANY, | ) |
| | ) Magistrate Judge Jeffrey Cummings |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SEALED SUPPLEMENTAL
RESPONSE TO MOTION UNDER SEAL (DKT. 20)[1]**

NOW COMES, Helen Allen, Plaintiff, by and through her undersigned counsel, Cass T. Casper, DISPARTI LAW GROUP, P.A., and moves this Honorable Court for leave to file a Supplemental Response Under Seal to Motion at Docket Number 20 for the following reasons.

1. Plaintiff's counsel was retained on September 21, 2021 and accessed the sealed documents following Court approval on September 23, 2021 (Dkt. 31).

2. On reviewing the material, Plaintiff's counsel submits a supplemental response needs to be filed to address the issues raised in the Motion.

3. The supplemental response is three pages and contains a proposed resolution to this issue, and is also sought to be filed under seal.

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that this Motion be granted, and leave be allowed to file the supplemental response under seal.

Respectfully submitted,

---

[1] The undersigned apologizes for this Motion being filed the morning of the September 30, 2021 status hearing, as he has been in trial preparation for an Illinois Labor Relations Board case set for October 6 and 7, 2021 involving a huge number of exhibits and 15 witnesses, as well as other matters. Matters in this case will be addressed more timely moving forward.

**HELEN ALLEN**

By:    */s/ Cass T. Casper*
                                
       Her Attorney

*Cass T. Casper, Esq.*
DISPARTI LAW GROUP, P.A.
121 West Wacker Drive, Suite 2300
Chicago, Illinois 60601
Phone: (312) 506-5511 ext. 331
Email: ccasper@dispartilaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 30, 2021 he served the foregoing document on all counsel for Defendants via this Court's CM/ECF Filing System, and that all such counsels are registered e-filers.

*/s/ Cass T. Casper*

Cass T. Casper, Esq.