UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Helen Allen

                    Plaintiff,

v.                                               Case No.: 1:21−cv−00962
                                                  Honorable Mary M. Rowland

Ford Motor Company

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 30, 2021:

       MINUTE entry before the Honorable Mary M. Rowland: Telephonic status hearing held. Plaintiff's counsel, Ms. Allen, and defense counsel appeared telephonically. Defense counsel updated the court on the status of the case. Plaintiff's deposition as it related to class discovery has been completed. For the reasons stated on the record, Plaintiff's motion for leave to file sealed supplemental response to motion under seal [32] is granted. Defendant's sealed motion [22] is taken under advisement. Plaintiff's pro se motion to unseal [23] is denied and her motion for access to sealed document [17] is denied as moot now that she has counsel. The matter is stayed pending resolution of Defendant's motion. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.