# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Helen Allen

                Plaintiff,

v.                                        Case No.: 1:21−cv−00962
                                              Honorable Mary M. Rowland

Ford Motor Company

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 5, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: Attorney Rebecca McMahon's motion to withdraw [34] is granted. The court thanks her for her service and for her participation in the Settlement Assistance Program. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.