# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Helen Allen,

Plaintiff,

v.

Ford Motor Company,

Defendant.

Case No. 21-cv-962
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of Defendant Ford Motor Company, and against Plaintiff Helen Allen.

Defendant(s) shall recover costs from plaintiff(s).

☐ other

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge  without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion for summary judgment.

Thomas G. Bruton, Clerk of Court

Date: 9/8/2023

Brenda Rinozzi , Deputy Clerk